**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-687-MOC-DCK**

| | | |
|---|---|---|
| **GRAYSON O COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **AGADIR INTERNATIONAL LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by James D. Hibbard, concerning Jesus E. Cuza on May 16, 2014. Mr. Cuza seeks to appear as counsel *pro hac vice* for Defendant Agadir International LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Mr. Cuza is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: May 16, 2014

David C. Keesler
United States Magistrate Judge