IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| GRAYSON O COMPANY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| AGADIR INTERNATIONAL LLC, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by James D. Hibbard, concerning Brian A. Briz on May 30, 2014. Mr. Briz seeks to appear as counsel *pro hac vice* for Defendant Agadir International LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED**. Mr. Briz is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: May 30, 2014

David C. Keesler
United States Magistrate Judge