# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| | |
|---|---|
| GRAYSON O COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AGADIR INTERNATIONAL LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Agadir International LLC's Consent Motion To Enter Confidentiality Order" (Document No. 21) filed January 14, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Agadir International LLC's Consent Motion To Enter Confidentiality Order" (Document No. 21) is **GRANTED**.

Signed: February 24, 2015

David C. Keesler
United States Magistrate Judge