# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| | |
|---|---|
| GRAYSON O COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AGADIR INTERNATIONAL LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Grayson O Company's Motion To Seal" (Document No. 30) filed June 18, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Grayson O Company's Motion To Seal" (Document No. 30) is **GRANTED**. Exhibits 3, 4, 5, 6, 7, and 12 accompanying Plaintiff Grayson O's Memorandum in Support of its Motion to Compel (Document No. 34, 35, 36, 37, 38, and 39) are to be filed under seal. These materials will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: June 18, 2015

David C. Keesler
United States Magistrate Judge