IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| | |
|---|---|
| GRAYSON O COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AGADIR INTERNATIONAL LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Grayson O Company's Motion To Seal" (Document No. 43) filed July 20, 2015, and "Defendant Agadir International LLC's Motion To Seal And Supporting Memorandum Of Law" (Document No. 50) filed July 20, 2015. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and applicable authority, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Grayson O Company's Motion To Seal" (Document No. 43), and "Defendant Agadir International LLC's Motion To Seal And Supporting Memorandum Of Law" (Document No. 50) are **GRANTED**. "Plaintiff Grayson O Company's Memorandum In Support Of Motion To Seal" (Document No. 44) and "Defendant's Motion For Summary Judgment And Memorandum Of Law" (Document No. 51) and the exhibits thereto are to be filed under seal. These materials will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: July 24, 2015

David C. Keesler
United States Magistrate Judge