IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| | |
|---|---|
| GRAYSON O COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGADIR INTERNATIONAL LLC, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The undersigned issued an "Order" (Document No. 27) on February 24, 2015 extending the mediation deadline to July 10, 2015. The parties filed a "Joint Statement Regarding Designation Of Mediator And Mediation Date" (Document No. 28) on March 20, 2015 indicating that Karl S. Sawyer, Jr. was selected as the mediator for this case. To date, no mediation report has been filed.

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and including **August 3, 2015** to file a mediation report.

**SO ORDERED**.

Signed: July 28, 2015

David C. Keesler
United States Magistrate Judge