# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| | |
|---|---|
| GRAYSON O COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| AGADIR INTERNATIONAL LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Grayson O Company's Motion To Seal" (Document No. 55) filed August 6, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and noting consent of Defendant's counsel, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Grayson O Company's Motion To Seal" (Document No. 55) is **GRANTED**. "Plaintiff Grayson O Company's Opposition To Defendant Agadir International LLC's Motion For Summary Judgment" (Document No. 57) is to be filed under seal. This document will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: August 6, 2015

_____
David C. Keesler
United States Magistrate Judge