IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| | |
|---|---|
| GRAYSON O COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AGADIR INTERNATIONAL LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Agadir International LLC's Unopposed Motion To Seal…" (Document No. 65) filed August 6, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Agadir International LLC's Unopposed Motion To Seal…" (Document No. 65) is **GRANTED**. "Defendant's Opposition To Plaintiff's Motion For Partial Summary Judgment" (Document No. 66) shall be filed under seal. This document will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: August 7, 2015

David C. Keesler
United States Magistrate Judge