IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| GRAYSON O COMPANY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| AGADIR INTERNATIONAL LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Agadir International LLC's Unopposed Motion To Seal…" (Document No. 81) filed August 24, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Agadir International LLC's Unopposed Motion To Seal…" (Document No. 81) is **GRANTED**. "Defendant Agadir International LLC's Reply To Plaintiff's Opposition To Defendant's Motion For Summary Judgment" (Document No. 82) shall be filed under seal. This document will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: August 25, 2015

David C. Keesler
United States Magistrate Judge