IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-687-MOC-DCK

| | |
|---|---|
| GRAYSON O COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AGADIR INTERNATIONAL LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding "Plaintiff Grayson O Company's Motion To Redact Portions Of September 16, 2015 Hearing Transcript" (Document No. 102). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that Plaintiff has certified in its pending motion that the parties conferred, but were unable to reach an agreement on the issues presented in the motion. (Document No. 102, p.4). As such, a response by Defendant to the pending motion, explaining its opposition, may be helpful to the Court.

**IT IS, THEREFORE, ORDERED** that Defendant Agadir International LLC shall file a response to "Plaintiff Grayson O Company's Motion To Redact Portions Of September 16, 2015 Hearing Transcript" (Document No. 102) on or before **March 8, 2016**.

**SO ORDERED**.

Signed: March 1, 2016

David C. Keesler
United States Magistrate Judge